6 S.Ct. 387
 116 U.S. 401
 29 L.Ed. 676
 Ex parte BROWN and another, Petitioners.
 Filed January 18, 1886.
 
 J. H. Mitchell, for the motion.
 WAITE, C. J.
 
 
 1
 This motion is denied. According to the petition, the court entertained jurisdiction of the cause, but dismissed it for want of due prosecution; that is to say, because errors had not been assigned in accordance with the rules of practice applicable to the form of the action. This is a judgment which can only be reviewed by writ of error or appeal, as the case may be. Mandamus lies to compel a court to take jurisdiction in a proper case, but not to control its discretion while acting within its jurisdiction. This rule is elementary. Ex parte Morgan, 114 U. S. 174, S. C. 5 Sup. Ct. Rep. 825, and cases cited.